MADELINE MATOS, Appellant, v. R. H. MACY & Co., INC., Respondent.

Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.

WALTER PEEMOLLER, Appellant, v. MARY VISCARRA, Respondent, et al., Defendants.—

Latham, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LARRY FRANKS, Appellant.—

No opinion. Martuscello, Acting P. J., Latham, Brennan and Benjamin, JJ., concur; Shapiro, J., dissents and votes to modify the order so as to grant defendant's motion to the extent of directing resentencing of defendant as a second felony offender upon the 1959 judgment (*People* v. *Shaw*, 1 N Y 2d 30).